**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Edward Schoffler
2521 Olivet Church Rd
Fairmont, NC 28340

CASE NO.: 08–08623–8–SWH

DATE FILED: December 3, 2008

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Edward Schoffler has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Edward Schoffler file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Edward Schoffler and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: July 8, 2010

Stephani W. Humrickhouse
United States Bankruptcy Judge